UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1465
(1:23-cv-01372-AJT-WEF)

_____

SUSAN SCHARPF; ANTHONY D'ARMIENTO, on behalf of themselves and all others similarly situated

      Plaintiffs - Appellants

v.

GENERAL DYNAMICS CORP.; BATH IRON WORKS CORP.; ELECTRIC BOAT CORP.; GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.; HUNTINGTON INGALLS INDUSTRIES, INC.; NEWPORT NEWS SHIPBUILDING AND DRY DOCK CO.; INGALLS SHIPBULIDING, INC.; HII MISSION TECHNOLOGIES CORP.; HII FLEET SUPPORT GROUP LLC; MARINETTE MARINE CORPORATION; BOLLINGER SHIPYARDS, LLC; GIBBS & COX, INC.; SERCO, INC.; CACI INTERNATIONAL, INC.; THE COLUMBIA GROUP, INC.; THOR SOLUTIONS, LLC; TRIDENTIS, LLC; FASTSTREAM RECRUITMENT LTD.

      Defendants - Appellees

------------------------------

COMMITTEE TO SUPPORT THE ANTITRUST LAWS

      Amicus Supporting Appellants

_____

TEMPORARY STAY OF MANDATE

_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*