FILED: July 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1465
(1:23-cv-01372-AJT-WEF)

_____

SUSAN SCHARPF; ANTHONY D'ARMIENTO, on behalf of themselves and all others similarly situated

    Plaintiffs - Appellants

v.

GENERAL DYNAMICS CORP.; BATH IRON WORKS CORP.; ELECTRIC BOAT CORP.; GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.; HUNTINGTON INGALLS INDUSTRIES, INC.; NEWPORT NEWS SHIPBUILDING AND DRY DOCK CO.; INGALLS SHIPBULIDING, INC.; HII MISSION TECHNOLOGIES CORP.; HII FLEET SUPPORT GROUP LLC; MARINETTE MARINE CORPORATION; BOLLINGER SHIPYARDS, LLC; GIBBS & COX, INC.; SERCO, INC.; CACI INTERNATIONAL, INC.; THE COLUMBIA GROUP, INC.; THOR SOLUTIONS, LLC; TRIDENTIS, LLC; FASTSTREAM RECRUITMENT LTD.

    Defendants - Appellees

-------------------------------

COMMITTEE TO SUPPORT THE ANTITRUST LAWS

    Amicus Supporting Appellants

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

    Amicus Supporting Rehearing Petition

_____

ORDER

_____

Upon consideration of submissions relative to the motion to stay mandate, the court denies the motion.

Entered at the direction of the panel: Chief Judge Diaz, Judge Wynn, and Judge Benjamin.

                          For the Court

                          /s/ Nwamaka Anowi, Clerk